UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONNY J. BAUER                                                           CIVIL ACTION

VERSUS                                                                        NO. 22-306

JOSEPH LOPINTO                                                       SECTION "R" (2)

## ORDER

Plaintiff Tonny Bauer filed a petition for habeas corpus relief through the form intended for petitions of convicted state defendants pursuant to 28 U.S.C. § 2254.[1] Magistrate Judge Donna Phillips Currault issued a Report and Recommendation (the "R&R") regarding plaintiff's petition on December 14, 2022.[2] Because plaintiff is a state pretrial detainee, not a convicted state defendant, Magistrate Judge Currault treated plaintiff's petition as one for relief under 28 U.S.C. § 2241. In her R&R, Magistrate Judge Currault recommends this Court dismiss plaintiff's petition without prejudice on the grounds that the petition seeks unavailable relief, that the petitioner failed to exhaust state remedies before filing his petition, and that this Court should abstain from considering petitioner's claims under the *Younger* abstention doctrine.[3]

---

[1]   R. Doc. 3.
[2]   R. Doc. 11.
[3]   *Id.*

Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)*, superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Currault's R&R as its opinion.

Accordingly, the Court orders plaintiff's complaint DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __24th__ day of January, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE